01

02

03

04

05

06                      UNITED STATES DISTRICT COURT
                       WESTERN DISTRICT OF WASHINGTON
07                              AT SEATTLE

08  WILLIAM J. MEDRANO,                    )   CASE NO. C07-0762-RSL
                                           )
09          Petitioner,                    )
                                           )
10  v.                                     )   REPORT AND RECOMMENDATION
                                           )
11  ROBERT J. PALMQUIST, et al.,           )
                                           )
12          Respondents.                   )
    _____    )
13

14          Petitioner is a federal prisoner who is currently incarcerated at the Federal Detention

15  Center at SeaTac, Washington.  He is serving a forty-one month sentence imposed following his

16  conviction on bank robbery charges in the United States District Court for the District of Oregon.

17  (*See* Dkt. No. 11 at 2.)  Petitioner has filed a federal habeas petition pursuant to 28 U.S.C. § 2241

18  in which he challenges the validity of the regulation issued by the Federal Bureau of Prisons

19  ("BOP") which categorically limits the class of prisoners eligible for release to community

20  confinement based on the amount of time the prisoner has left to serve.  (Dkt. No. 3.)

21          In *Pankratz v. Palmquist*, Case No. C06-1328-RSL, the District Court found that the

22  regulation challenged in these proceedings, 28 C.F.R. § 570.21 ("the regulation"), which limits the

REPORT AND RECOMMENDATION
PAGE -1

01  amount of time an inmate may spend in community confinement to 10% of the inmate's sentence,

02  was invalid because it exceeded the authority granted to the BOP under 18 U.S.C. § 3621(b).

03          Respondents have filed a response to the petition in which they set forth essentially the

04  same arguments advanced in *Pankratz*. (Dkt. No. 11 at 2). Specifically, respondents argue that

05  petitioner has not yet exhausted his administrative remedies and that he should be required to do

06  so before his case is considered by the Court. Respondents further argue that the challenged

07  regulation is valid and should be upheld. In *Pankratz*, the Court rejected both respondents'

08  procedural argument and respondents' substantive argument. This Court sees no basis on which

09  to distinguish the present case from *Pankratz* as to either issue.[1]

10          Accordingly, this Court recommends granting the same relief afforded in *Pankratz*: that

11  BOP be directed to review petitioner's case under the factors outlined in 18 U.S.C. § 3621(b),

12  without regard to the time limits set forth in the regulation. A proposed order accompanies this

13  Report and Recommendation.

14          DATED this 13th day of July, 2007.

15

16          Mary Alice Theiler
            United States Magistrate Judge

17

18

19

20

---

21          [1] The Court acknowledges that petitioner Medrano has more time left to serve on his
    sentence than did Mr. Pankratz. However, given the nature of the challenge presented, and the
22  BOP's consistent response to that challenge, it would seem futile to require petitioner to pursue
    further administrative review of his claim.

REPORT AND RECOMMENDATION
PAGE -2